IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LORENZA DANIELS,               )
                               )
       Plaintiff,              )
                               )        CIVIL ACTION NO.
       v.                      )         2:05cv1114-MHT
                               )             (WO)
MOBIS ALABAMA, L.L.C.,         )
                               )
       Defendant.             )

### JUDGMENT

In accordance with the joint stipulation of dismissal

with prejudice (doc. no. 20), it is the ORDER, JUDGMENT, and

DECREE of the court that this cause is dismissed in its

entirety with prejudice, with the parties to bear their own

costs.

It is further ORDERED that all outstanding motions are

denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 4th day of August, 2006.


    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE